STATE ex rel.
ANTHONY ROSEMOND
R.I.B # WCI-26-004066
5787 STATE ROUTE #63
Lebanon Ohio, 45036
relator

1:26CV491

Original Action

-VS-

Ohio DEPARTMENT OF Rehabilatation
warren correctional facility
Investigator K. CHAMBLIN
AA warden Norman Evans
warden Chae Harris
R.I.B Chairman L.T. Hill
5787 STATE ROUTE # 63
Lebanon Ohio, 45036

J. COLE
M.J. BOWMAN

FILED
RICHARD W. NAGEL
CLERK OF COURT
MAY 18 2026 2:43 P
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CIN

PETITION FOR writ OF Mandamus

Now come's ______ Moving This Honorable Court Federal DISTRICT COURT Asking The Court TO ISSUE A writ OF Mandamus TO Compell The warren correctional facility To Produce Public records and Evidence Requested May 2, 2026 WCI-26-004066 Phone records Via-Path Call Logs Globel tel link Recorded Phone call's on The Following Dates ______ ______ ______ 2026 Relator is seeking All Records recordings E-Mail's In support Investigation Report's G.T.L Phone call's Phone Records Pursuant TO The Ohio Sunshine Law's and Provision's 149.43(B)(1) All records are Public records Dealing with The company corporation Business or Board NORMAN Evans Public record Officer has 10 Days TO comply I want All Evidence R.I.B has TO Support Rule Infraction In Conduct Report. ______

On May 2nd 2026 Rosemond A. Relator placed the following Issue befor the respondent via-Viapath Electronic Kite Ref# 684 2786 71 relator request was sent on May 2nd 2026

Relator brought this Issue to Respondent Attention by-Via-path electronic Kite after Relator placed this Issue before Respondent, an objection/responce was not made by the opposing party

Their responce was made on
May 7th 2026
Respondent Is the party solely Responsible for reaching a decision and or taking action on Relator Issue

Discussion

Mandamus Is a writ Issued in the name of the state to an inferior Tribunal, a company business corporation board, or person, commanding the

The performance of and act
which The Law specifically enjoins as a
duty resulting From an office, Trust or station
R.C. 2731.101 Essentially
Mandamus compels a party

Legally obligated to perform
a task to perform the task to be entitled
to a writ of mandamus, Relator must establish
By clear and convincing evidence (A) a clear
legal right to be requested

Relief (B) a clear legal duty on the part of
the Respondent to provide it and (c) the
Lack of an adequate remedy in the
Ordinary Course of the law
State ex rel Olmstead -vs- Forst - hoefel,
Slip opinion No. 2020-Ohio 4951
Relator has a clear legal

Right to Require Respondent to provide the Requested Relief A writ of mandamus will not Issue if relator pose not have a clear legal right to the Requested Relief. Id. Here relator is entitled to requested relief base on the following

Relator sent a public record request pursuant to 149.43 (B) (1) via kite # 684278671 via path Responded But did not address public record request pursuant to 149.43 (B) (1)

Relator sent a public record Request to A, A, warden Macy plann A, A warden a public record officer and she refused request and said O.D.R.C has nothing to do with via-path Company its a Seperate Company from O.D.R.C.

Respondent has a clear legal duty to provide the relief requested by relator respondent is in a position that creates a legal obligation for them to perform this action because respondent is a company, corporation, buisness the company is the Ohio department of Rehabilitation with a legal Duty to provide relator with their requested relief

Relator has no adequate remedy at Law to find that an alternative remedy exists, the Alternative must be complete, beneficial and speedy in order to constitute an adequate Remedy at Law.

State ex rel Dile v. Gallia City common pleas court, 153 Ohio st 3d 623, 2018-Ohio 2168, 109 N.E. 3d 12229 (12) Quoting State ex rel ullmann - vs - Hayes 103 Ohio st. 3d 405, 2004-Ohio

5469, 816 N.E. 2d 245
adequate remedies in the ordinary course of the Law Include both equitable and legal remedies and if either remedy exists. Relator is
Not eligible for a writ of mandamus state ex rel. DOC v Gallia city common pleas court 153 Ohio St, 3d 623, 2018-Ohio 2168 (12) in relator case there is no alternative adequate Remedy available as relator is not able to address this Issue through appeal, post Conviction petition or any other non extraordinary Remedy

Explain why there is no other way to get the Remedy you are asking for ??? 149.43 (C) (1) has no appeal & O.D.R.C. and Via-path are sub contracted together and there is no appeal process

Law $ Argument

Relator is entitled to a writ of mandamus pursuant to O.R.C 2731.01 essentially, E Mandamus $ 149.43 (B) (1) because (A) they have a clear right to require respondent to provide the requested relief (B) there is a corresponding duty to act on the part of respondent, and (C) there is no other adequate remedy in the ordinary course of Law for the indicated issues forsthcefel 2020-Ohio-4951 Relief Requested

(1.)

(2.)

(3.)

CERTIFICATE OF SERVICE

ON This 8th day of May I sent A copy of The Forgoing Petition For writ OF Mandamus TO The United states Federal Court ON 100 Fifth Street Cincinnati Ohio 45202

Rosemond. AnThony
Signature

ANTHONY ROSEMOND #743-538
P/O BOX 120 / 5787 State Route 63
LebANON, OHio. 45036

FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 45036 $ 001.90
02 7W
0008037164 MAY 14 2026

Office of the Clerk
Potter Stewart U.S. CourtHous
100 EAST fifth ST. Room 103
CinCinnati, OHio. 45202